AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>OLAJIDE ABRAHAM EYITAYO<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:17mj412<br>)<br>)<br>)<br>) |

SEP - 8 2017

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 7, 2016** in the county of **Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1343 | Wire fraud |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Jamar K. Walker

*Complainant's signature*
Daudshah S. Andish
Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Date: 09/08/2017

*Judge's signature*

City and state: Alexandria, VA

Hon. Theresa C. Buchanan
United States Magistrate Judge
*Printed name and title*